**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CASCADES COMPUTER INNOVATION, LLC., <br><br> Plaintiff, <br> v. <br><br> SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC. <br><br> Defendant. | Civil Action No. 1:11-cv-7223 <br><br> The Honorable Robert W. Gettleman |

**DEFENDANT SONY ERICSSON MOBILE COMMUNICATION (USA) INC.'S**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Sony Ericsson Mobile Communications (USA) Inc. ("Sony Ericsson") by and through its attorneys, and pursuant to Federal Rules of Civil Procedure 12(b)(6) hereby moves the Court to dismiss Plaintiff Cascades Computer Innovation's ("Cascades'") Complaint for failure to state a claim. In its Complaint, Cascades fails to set forth the requisite allegations to properly plead direct and contributory infringement.

In further support thereof, Sony Ericsson submits its Memorandum of Law herewith.

Dated: January 26, 2012

/s/Jonathan E. Retsky
Jonathan E. Retsky
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Phone: 312-558-3791
jretsky@winston.com

Frederick S. Frei
ANDREWS KURTH LLP
1350 I Street, NW, Suite 1100
Washington, DC 20005
Phone: 202.662.3049 Phone
FrederickFrei@AndrewsKurth.com

- 2 -

        James Mahon
        A<small>NDREWS</small> K<small>URTH</small> LLP
        4819 Emperor Blvd., Suite 400
        Durham, NC 27703
        Phone: 919-313-4831
        JamesMahon@AndrewsKurth.com

        *Attorneys for Defendant Sony Ericsson Mobile*
        *Communications (USA) Inc.*

## **CERTIFICATE OF ELECTRONIC SERVICE**

      I hereby certify that on January 26, 2012, I caused to be electronically filed the foregoing **DEFENDANT SONY ERICSSON'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** with the Clerk of the Court for the Northern District of Illinois using the ECF System, which will send notification to counsel of record. I also certify that I have caused to be sent the document by U.S. mail to the following counsel:

Paul C. Gibbons
Niro, Haller & Niro
181 West Madison Street
Suite 4600
Chicago, IL 60602

Attorneys for Plaintiff,
*Cascades Computer Innovation, LLC*

                                            /s/Jonathan E. Retsky
                                            Jonathan E. Retsky
                                            WINSTON & STRAWN LLP
                                            35 West Wacker Drive
                                            Chicago, IL 60601
                                            Phone: 312-558-3791
                                            jretsky@winston.com

                                            Attorneys for Defendant Sony Ericsson Mobile
                                            Communications (USA) Inc.